```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 12132
   SHARICE L BROWN
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-4932

-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 07/07/2007 and was confirmed 11/05/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 04/21/2008.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
-------------------------------------------------------------------------------
TARGET NATIONAL BANK      UNSECURED           398.60           .00            .00
HSBC AUTO FINANCE         SECURED VEHIC     10625.00        160.57         309.00
INTERNAL REVENUE SERVICE  PRIORITY          16556.90           .00            .00
AMERICAN COLLECTION       UNSECURED        NOT FILED          .00            .00
ARM PROFESSIONAL SERVICE  UNSECURED        NOT FILED          .00            .00
CB USA INC                UNSECURED            95.75           .00            .00
CREDIT PROTECTION ASSOCI  UNSECURED        NOT FILED          .00            .00
CREDIT COLLECTION SERV    UNSECURED        NOT FILED          .00            .00
CREDIT COLLECTION SERV    UNSECURED        NOT FILED          .00            .00
FIRST BK OF DE CONTINE    UNSECURED        NOT FILED          .00            .00
PREMIER BANCARD CHARTER   UNSECURED           281.00           .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          1055.91           .00            .00
MIDNIGHT VELVET           UNSECURED        NOT FILED          .00            .00
CHRIST MEDICAL CENTER     UNSECURED        NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED           808.64           .00            .00
TCF BANK                  UNSECURED        NOT FILED          .00            .00
RJM AQUISITIONS FUNDING   UNSECURED        NOT FILED          .00            .00
SOUTH DIVISION C U        UNSECURED        NOT FILED          .00            .00
SOUTH DIVISION C U        UNSECURED        NOT FILED          .00            .00
HSBC AUTO FINANCE         UNSECURED         15088.02           .00            .00
CAPITAL ONE               UNSECURED           667.04           .00            .00
INTERNAL REVENUE SERVICE  UNSECURED         14098.63           .00            .00
COMMONWEALTH EDISON       UNSECURED           624.29           .00            .00
CITY OF CHICAGO PARKING   UNSECURED          3807.00           .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY        3,414.00                     1,121.63
TOM VAUGHN                TRUSTEE                                           108.80
DEBTOR REFUND             REFUND                                              .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                     RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------

                 PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 12132 SHARICE L BROWN
```

```
TRUSTEE                                        1,700.00

PRIORITY                                                            .00
SECURED                                                          309.00
    INTEREST                                                     160.57
UNSECURED                                                           .00
ADMINISTRATIVE                                                 1,121.63
TRUSTEE COMPENSATION                                             108.80
DEBTOR REFUND                                                       .00
                                        ----------------   ----------------
TOTALS                                         1,700.00          1,700.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
   Dated: 07/22/08                    _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 07 B 12132 SHARICE L BROWN